IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0064

_____

MONTANA ENVIRONMENTAL INFORMATION
CTR. and SIERRA CLUB,

       Plaintiffs/Appellees,

  v.

WESTMORELAND ROSEBUD MINING, LLC, f/k/a
WESTERN ENERGY CO., NAT. RES. PARTNERS, L.P.,
INT'L UNION OF OPERATING ENGINEERS, LOCAL
400, and N. CHEYENNE COAL MINERS ASS'N,

       Respondent-Intervenors/Appellants.

_____

MONTANA ENVIRONMENTAL INFORMATION
CTR. and SIERRA CLUB,

       Petitioners/Appellees,

  v.

MONTANA DEP'T OF ENVIRONMENTAL QUALITY,

       Respondent/Appellant,

MONTANA BD. OF ENVIRONMENTAL REVIEW,
WESTMORELAND ROSEBUD MINING, LLC, f/k/a
WESTERN ENERGY CO., NAT. RES. PARTNERS L.P.,
INT'L UNION OF OPERATING ENGINEERS, LOCAL
400, and N. CHEYENNE COAL MINERS ASS'N,

       Respondents.

_____

MONTANA ENVIRONMENTAL INFORMATION
CTR. and SIERRA CLUB,

O R D E R

Plaintiffs/Appellees,

v.

MONTANA DEP'T OF ENVIRONMENTAL QUALITY,
MONTANA BD. OF ENVIRONMENTAL REVIEW,

Respondents,

and

WESTMORELAND ROSEBUD MINING, LLC, f/k/a
WESTERN ENERGY CO., NAT. RES. PARTNERS L.P.,
INT'L UNION OF OPERATING ENGINEERS, LOCAL
400, and N. CHEYENNE COAL MINERS ASS'N,

Respondent-Intervenors/Appellants.
_____

Upon consideration of the unopposed motion for extension of time filed by Appellees Montana Environmental Information Center and Sierra Club and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellees shall file their combined response brief on or before November 4, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2022